# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ISIAH LANG

NO. 2026 KW 0224

**MAY 18, 2026**

---

In Re:     Isiah Lang, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           DC-24-02369.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
acted on relator's writ of habeas corpus on January 13, 2026.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT